IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DANIEL KOCHANSKI, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN CITY BUSINESS JOURNALS, INC.,<br><br>  Defendant. | Case No. 22-cv-00582-HYJ-RSK<br>Hon. Hala Y. Jarbou<br><br>**JOINT STATUS REPORT TO COURT** |

## JOINT STATUS REPORT TO THE COURT

COME NOW Plaintiff Daniel Kochanski ("Plaintiff") and Defendant American City Business Journals, Inc. and report to the Court the following:

Pursuant to the Court's August 9, 2022, Order (ECF No. 18), the parties inform the Court that, on December 2, 2022, they conducted an unsuccessful mediation with Jill R. Sperber, Esq. of Judicate West.

Dated:  December 6, 2022

By: */s/ E. Powell Miller*
E. Powell Miller (P39487)
epm@millerlawpc.com
Sharon S. Almonrode (P33938)
ssa@millerlawpc.com
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200

Joseph I. Marchese
jmarchese@bursor.com
Philip L. Fraietta (P85228)
pfraietta@bursor.com
**BURSOR & FISHER, P.A.**

By: */s/ Kristen C. Rodriguez (w/permission)*
Kristen C. Rodriguez
Emily Golding
**DENTONS US LLP**
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
kristen.rodriguez@dentons.com
emily.golding@dentons.com

*Attorneys for the Defendant*

888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

Frank S. Hedin
fhedin@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 900
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, E. Powell Miller, an attorney, hereby certify that on December 6, 2022, I served the above and foregoing on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

              */s/ E. Powell Miller*
              E. Powell Miller
              **THE MILLER LAW FIRM, P.C.**
              950 W. University Dr., Ste 300
              Rochester, MI 48307
              Tel: 248.841.2200