# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANIEL KOCHANSKI, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AMERICAN CITY BUSINESS JOURNALS, INC.,

Defendant.

Case No. 1:22-cv-00582

Hon. Hala Y. Jarbou
Magistrate Judge Ray Kent

## **STIPULATED ORDER ADJOURNING ALL PENDING CASE DEADLINES**

This matter is before the Court on the Stipulation of Plaintiff and Defendant, as reflected by the signatures of their counsel below, and the Court being otherwise fully advised that the Parties have reached a settlement in principle;

NOW THEREFORE, IT IS HEREBY ORDERED that this case and all pending deadlines are adjourned until March 6, 2023, at which time the Parties will provide the Court with a further update if the matter has not been resolved.

Date:_____

                                     HON. HALA Y. JARBOU
                                     U.S. DISTRICT COURT JUDGE

STIPULATED:

| | |
|---|---|
| /s/E. Powell Miller | /s/Carol G. Schley |
| E. Powell Miller (P39487) | Peter B. Kupelian (P31812) |
| Sharon Almonrode (P33938) | Carol G. Schley (P51301) |
| Gregory Mitchell (P68723) | Clark Hill PLC |
| The Miller Law Firm, P.C. | 151 South Old Woodward Ave., Suite 200 |
| Attorneys for Plaintiff | Birmingham, MI 48226 |
| 950 W. University Drive, Suite 300 | (248) 642-9692 |
| Rochester, MI 48307 | pkupelian@clarkhill.com |
| (284) 841-2200 | cschley@clarkhill.com |
| epm@millerlawpc.com | |
| gam@millerlawpc.com | Kristen C. Rodriguez |
| ssa@millerlawpc.com | Emily A. Golding |
| | Dentons US LLP |
| Philip L. Fraietta | 233 S. Wacker Dr., Suite 5900 |
| Joseph I. Marchese | Chicago, IL 60606 |
| Bursor & Fisher, P.A. | (312) 876-8000 |
| 888 Seventh Avenue | kristen.rodriguez@dentons.com |
| New York, NY 10019 | emily.golding@dentons.com |
| 646-837-7142 | |
| pfraietta@bursor.com | |
| jmarchese@bursor.com | *Attorneys for Defendant* |
| | |
| Frank S. Hedin | Dated: February 6, 2023 |
| Hedin Hall LLP | |
| 1395 Brickell Avenue, Suite 1140 | |
| Miami, FL 33131 | |
| (305) 357-2107 | |
| fhedin@hedinhall.com | |

*Attorneys for Plaintiff*

Dated: February 6, 2023

J7860\447622\270301452